JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE BROWN

Case 1:08-cv-00466    Document 1-2    Filed 01/22/2008    Page 1 of 1

**08 C 466**

**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## WAGE AND WELFARE BOND

KNOW ALL MEN BY THESE PRESENTS, that we _____
                                                    (Employer)
of _____ herein called the "Principal," and _____
   (City and State)                                                (Insurance Company)

a Corporation authorized to transact business in the State of Illinois, herein called the "Surety," are hereby held and firmly bound to the Pointers, Cleaners, and Caulkers Union, Local #52, of Chicago, Illinois, herein called the "Obligee," or the "Union," in the penal sum of fifteen thousand ($15,000.00) dollars for the obligations hereinafter set forth for the payment of which, well and truly to be made, we hereby, jointly and severally, bind ourselves, our successors, assigns, heirs, executors, and administrators.

WHEREAS, the above named Principal is employing members of the Union for the purpose of performing certain work within the jurisdiction of the Union as defined in that certain agreement now in effect between the Principal and the Union.

NOW THEREFORE, the conditions of this bond are such that if the Principal shall well and faithfully pay the Wages, Welfare Fund contributions, Pension Plan contributions, Annuity Fund contributions, Promotional Fund contributions and Apprenticeship Fund contributions of any and all Union members or other employees working pursuant to the provisions of the aforesaid agreement who are or were employed by the Principal, then this obligation shall be void; otherwise it shall remain in full force and effect. It is expressly understood and agreed that the Principal and Surety, jointly and severally, are obligated to pay such wages, Welfare Fund, Pension Fund, Annuity Fund, Promotional Fund, and Apprenticeship Fund contributions as are due and unpaid. In no case shall the liability of the Surety exceed the penal sum stated above.

This bond may be cancelled by the Surety ninety (90) days after receipt by the Obligee of the Surety's written notice of cancellation sent by Registered Mail.

Signed, sealed, and dated on this _____ day of _____, 20 ___.

Principal                                    Surety

_____              _____

By: _____          By: _____
                                                Agent and Attorney-In-Fact

                                            _____
                                                        Address

POWER OF ATTORNEY AND NOTARIAL
ACKNOWLEDGEMENT OF SURETY TO BE ATTACHED

F:\data\amh\BMB\DC1\Local 52\Wage and Welfare Bond $15,000

EXHIBIT A