AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Pointers Cleaners and Caulkers Subordinate
Union Local 52 of the International Union
of Bricklayers and Allied Craftworkers, AFl-CIO

V.

Acer Enterprises, Inc.

CASE NUMBER: **08 C 466**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

Acer Enterprises, Inc.
c/o Ronald N. Primack, Registered Agent
18401 Maple Creek Dr.
Suite 100
Tinley Park, IL 60477

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michele M. Reynolds
Dowd, Bloch & Bennett
8 S. Michigan Ave., 19th Floor
Chicago, IL 60603
312 372 1361

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_

(By) DEPUTY CLERK

January 22, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | February 1'st, 2008 |
| NAME OF SERVER (PRINT) Philip P. Ducar | TITLE | Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

XXX Other (specify):  Personally handed the Summons and the Complaint to Attorney Ronald N. Primack, the Registered Agent for the defendant, Acer Enterprises, Inc. Service was effected at the office of Mr. Primack, at 18401 Maple Creek Drive, in Tinley Park, Illinois, on the 1'st day of February, 2008, at the hour of 1:30 p.m.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 1'st, 2008    *Philip P. Ducar*
Date                                Signature of Server

Post Office Box # 911
Tinley Park, Illinois 60477

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.