UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POINTERS, CLEANERS AND CAULKERS SUBORDINATE UNION LOCAL 52 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| ACER ENTERPRISES, INC., | |
| Defendant. | |

Case No.08-C-00466

Judge: Der-Yeghiayan

## NOTICE OF DISMISSAL

Plaintiff POINTERS, CLEANERS AND CAULKERS SUBORDINATE UNION LOCAL 52 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO, through its attorneys, pursuant to Fed.R.Civ.P. 41(a)(1), voluntarily dismisses the action filed in the captioned case by filing this Notice of Dismissal. No appearance has been filed by the Defendant.

Respectfully submitted,

/s/ Michele M. Reynolds

Michele M. Reynolds
One of Plaintiff's Attorneys

Barry M. Bennett
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
312-372-1361