**CERTIFICATE OF SERVICE**

I, Michele M. Reynolds, hereby certify that I have caused to be served the attached Notice of Filing and Notice of Dismissal via electronic filing on the parties eligible to receive e-filing and by having copies mailed to the parties not eligible for e-filing on February 21, 2008 before 5:00 p.m., with proper postage prepaid at the address indicated:

    Acer Enterprises, Inc.
    C/o Ronald N. Primack, Registered Agent
    18401 Maple Creek Drive
    Suite 100
    Tinley Park, IL 60477

                                                        /s/ Michele M. Reynolds
                                                        Michele M. Reynolds
                                                        One of Plaintiff's Attorneys