UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POINTERS, CLEANERS AND CAULKERS SUBORDINATE UNION LOCAL 52 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO,<br><br>  Plaintiff,<br><br>v.<br><br>ACER ENTERPRISES, INC.,<br><br>  Defendant. | Case No.08-C-00466<br><br>Judge: Der-Yeghiayan |

## NOTICE OF FILING

TO:   Acer Enterprises, Inc.
      C/o Ronald N. Primack, Registered Agent
      18401 Maple Creek Drive
      Suite 100
      Tinley Park, IL 60477

**PLEASE TAKE NOTICE** that on February 21, 2008, I caused to be filed electronically the attached Notice of Voluntary Dismissal at the Everett McKinley Dirksen Building, located at 219 South Dearborn Street, Chicago, Illinois 60604.

                                             Respectfully submitted,

                                             /s/ Michele M. Reynolds
                                             Michele M. Reynolds
                                             One of Plaintiffs' Attorneys

Barry M. Bennett
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
DOWD, BLOCH & BENNETT
8 South Michigan - 1900
Chicago, Illinois 60603
312-372-1361